| | | | |
|---|---|---|---|
| Goff v. Kirkegard | OP 16-0364 Denied | 07/12/16 | Original Proceeding Habeas Corpus |
| Irvine v. Kirkegard | OP 16-0402 Denied | 07/19/16 | Original Proceeding Habeas Corpus |
| Parrish v. Daly | OP 16-0392 Dismissed | 07/19/16 | Original Proceeding Habeas Corpus |
| PPL Montana v. 11th Judicial Dist. | OP 16-0342 Denied | 07/19/16 | Original Proceeding Supervisory Control |
| McKinley v. 1st Judicial Dist. | OP 16-0255 Remanded | 07/19/16 | Original Proceeding Supervisory Control |
| Duncan v. Smithson 2016 MT 181N | DA 15-0710 Affirmed | 07/26/16 | Dist. 1 (Lewis and Clark) |
| Matter of A.S., YINC 2016 MT 182N | DA 15-0755 Affirmed | 07/26/16 | Dist. 1 (Lewis and Clark) |
| Brockington v. 11th Judicial Dist. | OP 16-0423 Granted in Part | 07/26/16 | Original Proceeding Extraordinary Relief |
| Ellenburg v. Kirkegard | OP 16-0267 Denied | 07/26/16 | Original Proceeding Habeas Corpus |
| Belanus v. Gallagher 2016 MT 186N | DA 15-0749 Affirmed | 08/02/16 | Dist. 1 (Lewis and Clark) |
| Ellenburg v. Wilson, et al. 2016 MT 187N | DA 16-0057 Affirmed | 08/02/16 | Dist. 3 (Powell) |
| Wallace v. Kirkegard | OP 16-0432 Denied | 08/02/16 | Original Proceeding Habeas Corpus |
| Marriage of Spence 2016 MT 191N | DA 15-0803 Affirmed | 08/09/16 | Dist. 2 (Butte-Silver Bow) |
| Smith v. Anderson 2016 MT 192N | DA 16-0101 Affirmed | 08/09/16 | Dist. 4 (Missoula) |
| Matter of F.L., YINC 2016 MT 193N | DA 15-0733 Affirmed | 08/09/16 | Dist. 8 (Cascade) |